1   TOWNSEND AND TOWNSEND AND CREW LLP
    GREGORY S. GILCHRIST (Bar # 111536)
2   ROBERT D. TADLOCK (Bar # 238479)
    Two Embarcadero Center, 8th Floor
3   San Francisco, California 94111
    Telephone: (415) 576-0200
4   Facsimile: (415) 576-0300
    E-mail: gsgilchrist@townsend.com; rdtadlock@townsend.com

5
    Attorneys for Plaintiff
6   WILLIAMS-SONOMA, INC.

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  WILLIAMS-SONOMA, INC., a California     Case No.
    corporation,
12                                          **COMPLAINT FOR COPYRIGHT**
                    Plaintiff,              **INFRINGEMENT**
13
          v.                                **JURY TRIAL DEMAND**
14
    Z GALLERIE, a California corporation, and
15  LTD COMMODITIES LLC, a Delaware
    corporation,
16
                    Defendants.
17

18

19          Plaintiff WILLIAMS-SONOMA, INC. ("WSI"), a California corporation, alleges as follows:

20                              **INTRODUCTION**

21          1.      The purpose of this lawsuit is to seek damages and injunctive relief to stop defendants

22  Z Gallerie and LTD Commodities LLC ("LTD") (collectively "Defendants") from copying WSI's

    proprietary, copyrighted product designs. WSI has entered into an exclusive license agreement with
23
    Mary Pat Ortega Rowan allowing it to manufacture and sell aluminum reindeer sculptures and
24
    ornaments cast from Ms. Rowan's original artwork. These products are valuable and popular during
25
    the holiday season. Recognizing the success of these products, Defendants have copied, and continue
26
    to copy, the reindeer design as part of their holiday offerings. Unless Defendants are enjoined from
27
    further sales of their copied designs during the important holiday season, WSI will suffer substantial
28

1    TOWNSEND AND TOWNSEND AND CREW LLP
     GREGORY S. GILCHRIST (Bar # 111536)
2    ROBERT D. TADLOCK (Bar # 238479)
     Two Embarcadero Center, 8th Floor
3    San Francisco, California  94111
     Telephone:  (415) 576-0200
4    Facsimile:  (415) 576-0300
     E-mail:  gsgilchrist@townsend.com; rdtadlock@townsend.com
5
     Attorneys for Plaintiff
6    WILLIAMS-SONOMA, INC.

7

8                   UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11    WILLIAMS-SONOMA, INC.,  a California      Case No.
     corporation,
12                          **COMPLAINT FOR COPYRIGHT**
             Plaintiff,               **INFRINGEMENT**
13
              v.                           **JURY TRIAL DEMAND**
14
     Z GALLERIE, a California corporation, and
15    LTD COMMODITIES LLC, a Delaware
     corporation,
16
              Defendants.
17

18

19        Plaintiff WILLIAMS-SONOMA, INC. ("WSI"), a California corporation, alleges as follows:

20                                   **INTRODUCTION**

21        1.        The purpose of this lawsuit is to seek damages and injunctive relief to stop defendants

22    Z Gallerie and LTD Commodities LLC ("LTD") (collectively "Defendants") from copying WSI's

23    proprietary, copyrighted product designs.  WSI has entered into an exclusive license agreement with

24    Mary Pat Ortega Rowan allowing it to manufacture and sell aluminum reindeer sculptures and

25    ornaments cast from Ms. Rowan's original artwork.  These products are valuable and popular during

26    the holiday season.  Recognizing the success of these products, Defendants have copied, and continue

27    to copy, the reindeer design as part of their holiday offerings.  Unless Defendants are enjoined from

28    further sales of their copied designs during the important holiday season, WSI will suffer substantial

1    ongoing and irreparable harm.

2                      **THE PARTIES**

3         2.      WSI is a premier specialty retailer of home furnishings, including furniture, appliances

4    and accessories for kitchens, bedrooms and bathrooms, as well as teenage, children's and baby's

5    rooms. In addition to furniture, WSI's brands offer decorative accessories, linens, rugs, tableware,

6    seasonal items and other similar products and accessories. WSI sells nationwide through retail stores,

7    catalogs and the internet. In addition to the well-known Williams-Sonoma® brand, the company

8    operates Pottery Barn®, PBteen®, pottery barn kids®, west elm® and Williams-Sonoma Home®

9    divisions. Within the Pottery Barn® brand, WSI distributes and sells through an international chain of

10   retail stores in addition to its internet and catalog businesses. The Pottery Barn® family of brands is

11   among the most well respected in the home furnishings business. WSI is headquartered in San

12   Francisco, California.

13        3.      WSI is informed and believes, and on that basis alleges, that Defendant Z Gallerie is a

14   corporation organized and existing under the laws of the State of California with its principal place of

15   business at 1855 W 139th St., Gardena, California, 90249. Z Gallerie is a competitor of Pottery Barn,

16   selling furniture and home accessories in retail stores and through the internet throughout the United

17   States, including this judicial district.

18        4.      WSI is informed and believes, and on that basis alleges, that LTD Commodities LLC

19   ("LTD") is a limited liability company existing under the laws of the State of Delaware with its

20   principal place of business at 2800 Lakeside Dr., Bannockburn, Illinois, 60015. WSI is informed and

21   believes that LTD sells home accessories through the internet throughout the United States, including

22   this judicial district.

23              **JURISDICTION AND VENUE**

24        5.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1332, and

25   1338 because this action arises under the copyright laws of the United States, 17 U.S.C. § 101 *et seq*.

26        6.      Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400(a)

27   because each Defendant can be found in this judicial district, a substantial part of the events giving

28   rise to WSI's claims arose in this judicial district, Defendants have offered to sell the infringing

1   products in this judicial district, have done business within this judicial district and have committed

2   acts of copyright infringement in this district.  Z Gallerie has offered to sell the infringing products in

3   this judicial district through its retail stores as well as the internet.  LTD has offered to sell the

4   infringing products in this judicial district through the internet.  Because this is an Intellectual Property

5   case, it is not subject to the intra-District venue provisions of Northern District of California Local

6   Rule 3-2(c).

7                                    **GENERAL ALLEGATIONS**

8        7.      WSI devotes significant resources to developing innovative and distinctive products to

9   sell in its retail channels.  Given the nature of WSI's business, seasonal product offerings, particularly

10  decorative items, are important to its business.  Indeed, a substantial portion of Pottery Barn's sales for

11  the entire year occur during the period from October through December.  Accordingly, WSI is well

12  known for its signature seasonal and holiday products, some new for each season and some that are

13  repeated year after year.  Because of the importance of the holiday season in particular, Defendants'

14  misappropriation of WSI's exclusive rights threaten to cause immediate and ongoing irreparable harm.

15       8.      Mary Pat Ortega Rowan, a local craftswoman in Healdsburg, California, is the owner

16  of Copyright Registration Number VA 1-625-570, entitled "Twig Reindeer Sculpture," which was

17  registered on October 16, 2007.  The copyrighted design was first published on September 12, 2007.

18  A true and correct copy of the Copyright Registration is attached to this Complaint as Exhibit A.

19       9.      In or around Spring, 2007, WSI discovered Ms. Rowan's work, including her reindeer

20  sculptures designed out of twigs.  Interested in using Ms. Rowan's reindeer designs, WSI approached

21  her about the possibility of licensing the rights to use them.  On May 3, 2007, WSI entered into an

22  Exclusive License Agreement ("Agreement") with Ms. Rowan, which provides that Ms. Rowan would

23  "apply for federal copyright registrations for each reindeer design."  The Agreement also states WSI

24  will pay Ms. Rowan a royalty and that "[i]n the event of alleged infringement by a third party" WSI

25  has "the sole right . . . to take action against the infringement."  With increased royalties, the

26  Agreement has been renewed annually to cover the  Holiday seasons for 2008 and, currently, for 2009.

27       10.     Pursuant to the Agreement, Pottery Barn began the process of hand casting the twig

28  reindeer in aluminum to create sculptures and ornaments resembling the original twig designs.  WSI

COMPLAINT                                      - 3 -                    Williams-Sonoma, Inc. v. Z Gallerie
                                                                        Case No. _____

1    first began selling its "Twig Reindeer" nationwide during the Holiday 2007 season, and continues to

2    do so to the present date, through its retail stores, catalogs and website.  Pottery Barn's catalogs are

3    distributed to millions of consumers throughout the United States.  The "Twig Reindeer" was

4    displayed on the cover of the December, 2007 catalog.

5         11.     WSI is informed and believes, and on that basis alleges, that by at least October, 2009,

6    Z Gallerie began offering through its retail stores and its website (zgallerie.com) a product it calls the

7    "Silver Twig Deer" which it describes as "[c]rafted of aluminum, textured to resemble adjoining

8    twigs."  The Z Gallerie product is shown in Exhibit B.

9         12.     WSI is informed and believes that by at least October, 2009, LTD began offering

10    through at least its website (ltdcommodities.com) a product it calls "Cast Iron Deer" which it describes

11    as a "naturalistic design, with extended legs and antlers."  The LTD product is shown in Exhibit C.

**FIRST CLAIM FOR RELIEF**
**COPYRIGHT INFRINGEMENT**
**(17 U.S.C. Section 501 *et seq.*)**

14         13.     The allegations of paragraphs 1-12 are incorporated by reference as if each were fully

15    set forth here.

16         14.     The "Twig Reindeer Sculpture" is an original work of authorship constituting

17    copyrightable material.  WSI is the exclusive licensee of the Copyright Registration for "Twig

18    Reindeer Sculpture."  The effective date of the "Twig Reindeer Sculpture" Copyright Registration has

19    an effective date within three months of the date of first publication that was, on information and

20    belief, before Defendants' first infringement.

21         15.     Because these Pottery Barn "Twig Reindeer" products were displayed in Pottery Barn's

22    catalogs, its several retail store locations, and the on its website, they have been distributed in a

23    manner that gave Defendants access to the design prior to their infringements.

24         16.     Z Gallerie has engaged, and continues to engage, in copyright infringement in violation

25    of the Copyright Act by the reproduction, display, distribution, and/or sale of at least its "Silver Twig

26    Deer" that is substantially similar to the "Twig Reindeer Sculpture" design.

27         17.     LTD has engaged, and continues to engage, in copyright infringement in violation of

28    the Copyright Act by the reproduction, display, distribution, and/or sale of at least its "Cast Iron Deer"

1   that is substantially similar to the "Twig Reindeer Sculpture" design.

2        18.     WSI is informed and believes, and on that basis alleges, that Defendants and each of

3   their infringements were intentional, willful and in bad faith.

4        19.     WSI is informed and believes, and on that basis alleges, that Defendants and each of

5   them have realized profit by virtue of their infringement.

6        20.     Defendants and each of their copyright infringements have caused WSI great damage

7   and irreparable harm while simultaneously affording Defendants and each of them a competitive

8   advantage.  Unless this Court restrains Defendants from committing further acts of copyright

9   infringement, WSI will suffer further irreparable injury for which it has no adequate remedy of law.

10                              **RELIEF REQUESTED**

11        WHEREFORE, WSI prays that this Court grant it relief as follows:

12        (1)     Order that Defendants and each of them, their agents, servants, employees, and all

13   persons acting under their permission and authority, be enjoined and restrained from infringing, in any

14   manner, the "Twig Reindeer" copyright, and from continuing to perform in any manner whatsoever

15   any of the other acts complained of in this Complaint;

16        (2)     Order that Defendants and each of them, pay to WSI its actual damages and lost profits

17   in an amount to be proven at trial, that Defendants and each of them be required to account for any

18   profits that are attributable to their illegal acts, and that WSI be awarded the greater of either three

19   times Defendants' profits, three times any damages it has sustained, or statutory damages, as

20   appropriate, plus pre-judgment interest;

21        (4)     Order that Defendants pay all of WSI's costs of suit, including its reasonable attorneys'

22   fees; and

23        (5)     Award WSI such order and further relief as is just and equitable.

24

25

26

27

28

1    DATED:  November 3, 2009          Respectfully submitted,

2                                      By: _____

3                                      Robert D. Tadlock

4                                      Townsend and Townsend and Crew LLP
                                       Two Embarcadero Center, Eighth Floor

5                                      San Francisco, California  94111
                                       Telephone: (415) 576-0200

6                                      Facsimile: (415) 576-0300

7                                      Attorneys for Plaintiff
                                       WILLIAMS-SONOMA, INC.

8

9    62290777 v1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                              - 6 -                    Williams-Sonoma, Inc. v. Z Gallerie
                                                                       Case No. _____

1

## **DEMAND FOR JURY TRIAL**

2          WSI demands that this action be tried to a jury.

3

4     DATED:  November 3, 2009                Respectfully submitted,

5

6                                            By: _____

7                                                 Robert D. Tadlock
                                                  Townsend and Townsend and Crew LLP
8                                                 Two Embarcadero Center, Eighth Floor
                                                  San Francisco, California  94111
9                                                 Telephone: (415) 576-0200
                                                  Facsimile: (415) 576-0300
10
                                                  Attorneys for Plaintiff
11                                                WILLIAMS-SONOMA, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-625-570

**Effective date of registration:**

October 16, 2007

---

## Title

| | |
|---|---|
| **Title of Work:** | Twig Reindeer Sculpture |
| **Previous or Alternative Title:** | Tree Branch Reindeer Sculpture by Mary Pat Ortega |
| **Nature of Work:** | Relief Sculpture |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2006 | | |
| **Date of 1st Publication:** | September 12, 2007 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ▪ **Author:** | Mary Pat Ortega Rowan |
| **Author Created:** | 3-Dimensional sculpture |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Mary Pat Ortega Rowan |
| | 4101 Wine Creek Road, Healdsburg, CA, 95448 |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Tree Branch Reindeer Sculpture by Mary Pat Ortega Rowan |
| **Previously registered:** | Yes |
| **Previous registration and year:** | Submitted July 2007 |
| **New material included in claim:** | Earlier version of design was made of twigs & this derivative design has been cast in aluminum |

## Certification

---

Page 1 of 2











# EXHIBIT B

Silver Twig Deer | Z Gallerie



800-908-6748 | Login | Gift Registry | Our Stores | Wish List / Shopping Bag

Search   Advanced

Furniture   Art   Bedding & Pillows   Accessories   Tabletop & Entertaining   Windows & Floors   Mirrors & Lighting   Gifts   Sale

Accessories → Holiday → Silver Twig Deer



## Silver Twig Deer

Small 14"  $26.00
large 18"  $36.00

Select a Size/Style

Quantity: 1   Add to Cart   Add to Registry

Rudolph's had a makeover! An artful alternative to the traditional icon, our Twig Deer are a delightful addition to your holiday decor. Or group eight of them on a table to represent the whole gang. Crafted of aluminum, textured to resemble adjoining twigs, the smaller deer measures 14"H x 4.5"D. The larger deer is 18"H x 6.5"D. Sold separately.

Click here to view larger image

E-mail this product to a friend     Store Locator

Sign up for Z Gallerie email updates    email address    Subscribe

Home | Customer Service | Shipping | Z Gallerie Card | Gift Card | To The Trade | Contact Us | Privacy & Terms | Careers | About Us



SIGN UP AND WIN
A $100 GIFT CARD



© 2009 Z Gallerie, Inc. All rights reserved.

http://www.zgallerie.com/p-8404-silver-twig-deer.aspx [11/3/2009 10:27:37 AM]

# EXHIBIT C



# LTD Commodities®
## SAVE Big EVERY DAY

SEARCH [        ] [GO]

Pay Online | CHECKOUT

MY ACCOUNT | CART (0 item)

| SHOP Online ↓ | Catalog Quick Order | FREE Catalog | Customer Service | Order Status |

<Continue Shopping                                                    < PREV | NEXT >



## Set Of 3 Cast Iron Deer
### A Unique And Stylish Look For The Holidays & Beyond.

**$12.95** per set

| Description | Item # | Qty | Price |
|---|---|---|---|
| Set Of 3 Cast Iron Deer | 463222-0DER | | $12.95 per set |

✉ Tell A Friend About This Item                    [Add To Cart]

**With antlers and legs that look like twigs, this Set Of 3 Cast Iron Deer offers great style for your mantel, tabletop or shelf.**

- The naturalistic design, with extended legs and antlers, will bring a touch of the outdoors into your home.
- The 3-piece set includes:
  - Large deer (15-1/2" x 7" x 6")
  - Medium deer (10-1/4" x 4-1/2" x 4-1/4")
  - Small deer (6-3/4" x 3-1/2" x 2-3/4")
- Use them at Christmastime as part of your holiday display, then leave them out to stand on their own during the rest of the year.
- This set is a sure-fire conversation starter that will get you lots of compliments.
- Artist quality at a value price!

This product can be found on **pg. 171** of the **Christmas 2009** catalog.

### You may also consider:



**$6.95** each
9-Ft. LED Ribbon Lights



**$8.95** each
Small Or Medium Vase









**Enter Your Email Address To Receive Special Offers** [        ] [Go]

- Updates on our latest products.
- First-look email offers.
- Notifications about special deals and incentives.
- Big savings on the hottest sellers.
- Much, much more!

home | about LTD | career center | faqs | shipping | returns | privacy | security | terms & conditions | recall | product safety
our guarantee | environmental | Affiliate Program
© 1998 - 2009. LTD Commodities ®. All Rights Reserved.