| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| 2 | GREGORY S. GILCHRIST (State Bar No. 111536)<br>ROBERT D. TADLOCK (State Bar No. 238479) |
| 3 | Two Embarcadero Center Eighth Floor<br>San Francisco, CA  94111 |
| 4 | Telephone:  (415) 576-0200<br>Facsimile:  (415) 576-0300 |
| 5 | Email: gsgilchrist@townsend.com; rdtadlock@townsend.com |
| 6 | Attorneys for Plaintiff<br>WILLIAMS-SONOMA, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California Corporation,<br><br>              Plaintiff,<br><br>        v.<br><br>Z GALLERIE, a California Corporation, LTD COMMODITIES LLC, a Delaware corporation, LIGHTINGSALE.COM, LLC, a North Carolina limited liability company, EVERYTHING FURNITURE, INC., a California corporation, IMAX WORLDWIDE IMPORTS, INC., an Oklahoma corporation,<br><br>              Defendants. | Case No.    09 CIV. 5200 SI<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT LTD COMMODITIES LLC PURSUANT TO RULE 41(a) AND [PROPOSED] ORDER**<br><br>**ECF CASE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Williams-Sonoma, Inc. hereby gives notice of its voluntary dismissal of all claims with prejudice against Defendant LTD Commodities LLC, in the above entitled matter.

No defendants have answered the complaint, nor filed a motion for summary judgment. Dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT LTD COMMODITIES
LLC PURSUANT TO RULE 41(a) AND [PROPOSED] ORDER
Case No. 09-5200 SI

1

2   Dated: January 19, 2010						TOWNSEND AND TOWNSEND AND CREW LLP

3								By:_____/s/_____
									        Robert D. Tadlock
4

5								Attorneys for Plaintiff
								Williams-Sonoma, Inc.

6

7

8

9                                              **[PROPOSED] ORDER**

10

       Pursuant to the foregoing notice of dismissal, and good cause appearing,
11

12   IT IS SO ORDERED.

13   Dated:                                          _____
							THE HONORABLE SUSAN ILLSTON
14							United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

J PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT LTD COMMODITIES
LLC PURSUANT TO RULE 41(a) AND [PROPOSED] ORDER    - 2 -
Case No. 09-5200 SI

Case3:09-cv-05200-SI   Document14   Filed01/19/10   Page2 of 2

1

2   Dated: January 19, 2010    TOWNSEND AND TOWNSEND AND CREW LLP

3                              By:_____/s/_____
                                          Robert D. Tadlock
4

5                              Attorneys for Plaintiff
                               Williams-Sonoma, Inc.

6

7

8

9                              **[PROPOSED] ORDER**

10

  Pursuant to the foregoing notice of dismissal, and good cause appearing,

11

12   IT IS SO ORDERED.

13   Dated:                    _____
                               THE HONORABLE SUSAN ILLSTON
14                             United States District Judge

15 – 28

J PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT LTD COMMODITIES
LLC PURSUANT TO RULE 41(a) AND [PROPOSED] ORDER    - 2 -
Case No. 09-5200 SI