1 TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
2 ROBERT D. TADLOCK (State Bar No. 238479)
Two Embarcadero Center Eighth Floor
3 San Francisco, CA 94111
Telephone: (415) 576-0200
4 Facsimile: (415) 576-0300
Email: gsgilchrist@townsend.com; rdtadlock@townsend.com
5
Attorneys for Plaintiff
6 WILLIAMS-SONOMA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WILLIAMS-SONOMA, INC., a California Corporation, | Case No. 09 CIV. 5200 SI |
|---|---|
| Plaintiff, | **PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT LTD COMMODITIES LLC PURSUANT TO RULE 41(a) AND [PROPOSED] ORDER** |
| v. | |
| Z GALLERIE, a California Corporation, LTD COMMODITIES LLC, a Delaware corporation, LIGHTINGSALE.COM, LLC, a North Carolina limited liability company, EVERYTHING FURNITURE, INC., a California corporation, IMAX WORLDWIDE IMPORTS, INC., an Oklahoma corporation, | **ECF CASE** |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Williams-Sonoma, Inc. hereby gives notice of its voluntary dismissal of all claims with prejudice against Defendant LTD Commodities LLC, in the above entitled matter.

No defendants have answered the complaint, nor filed a motion for summary judgment. Dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT LTD COMMODITIES
LLC PURSUANT TO RULE 41(a) AND [PROPOSED] ORDER
Case No. 09-5200 SI

| | | |
|---|---|---|
|1| | |
|2|Dated: January 19, 2010|TOWNSEND AND TOWNSEND AND CREW LLP|
|3| |By: _____/s/_____|
| | |Robert D. Tadlock|
|4| | |
|5| |Attorneys for Plaintiff|
| | |Williams-Sonoma, Inc.|

### [PROPOSED] ORDER

Pursuant to the foregoing notice of dismissal, and good cause appearing,

IT IS SO ORDERED.

Dated: _____

THE HONORABLE SUSAN ILLSTON
United States District Judge