TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
ROBERT D. TADLOCK (State Bar No. 238479)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: gsgilchrist@townsend.com; rdtadlock@townsend.com

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Z GALLERIE, a California Corporation, LTD COMMODITIES LLC, a Delaware corporation, LIGHTINGSALE.COM, LLC, a North Carolina limited liability company, EVERYTHING FURNITURE, INC., a California corporation, IMAX WORLDWIDE IMPORTS, INC., an Oklahoma corporation,<br><br>　　　　　Defendants. | Case No.　09 CIV. 5200 SI<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT Z GALLERIE PURSUANT TO RULE 41(a) AND [PROPOSED] ORDER**<br><br>**ECF CASE** |

　　　Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Williams-Sonoma, Inc. hereby gives notice of its voluntary dismissal of all claims with prejudice against Defendant Z Gallerie, in the above entitled matter.

　　　No defendants have answered the complaint, nor filed a motion for summary judgment. Dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT Z GALLERIE
PURSUANT TO RULE 41(a) AND [PROPOSED] ORDER
Case No. 09-5200 SI

| | | |
|---|---|---|
| 1 | Dated: January 19, 2010 | TOWNSEND AND TOWNSEND AND CREW LLP |
| 2 | | By: /s/ |
| 3 | | Robert D. Tadlock |
| 4 | | Attorneys for Plaintiff |
| 5 | | Williams-Sonoma, Inc. |

**[PROPOSED] ORDER**

Pursuant to the foregoing notice of dismissal, and good cause appearing,

IT IS SO ORDERED.

Dated: _____

THE HONORABLE SUSAN ILLSTON
United States District Judge