TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
ROBERT D. TADLOCK (State Bar No. 238479)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: gsgilchrist@townsend.com; rdtadlock@townsend.com

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Z GALLERIE, a California Corporation, BRONSON DESIGN STUDIO, LLC, a New Jersey limited liability company, LIGHTINGSALE.COM, LLC, a North Carolina limited liability company, EVERYTHING FURNITURE, INC., a California corporation, IMAX WORLDWIDE IMPORTS, INC., an Oklahoma corporation,<br><br>　　　　Defendants. | Case No.　09 CIV. 5200 SI<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANTS BRONSON DESIGN STUDIO, LLC, LIGHTINGSALE.COM, LLC, EVERYTHING FURNITURE, INC., AND IMAX WORLDWIDE IMPORTS, INC. PURSUANT TO RULE 41(a) AND [PROPOSED] ORDER**<br><br>**ECF CASE** |

　　　　Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Williams-Sonoma, Inc. hereby gives notice of its voluntary dismissal of all claims with prejudice against Defendants Bronson Design Studio, LLC, Lightingsale.com, LLC, Everything Furniture Inc., and Imax Worldwide Imports, Inc., in the above entitled matter.

No defendants have answered the complaint, nor filed a motion for summary judgment. Dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

Dated: January 27, 2010         TOWNSEND AND TOWNSEND AND CREW LLP

By:_____/s/_____
    Robert D. Tadlock

Attorneys for Plaintiff
Williams-Sonoma, Inc.

# [PROPOSED] ORDER

Pursuant to the foregoing notice of dismissal, and good cause appearing,

IT IS SO ORDERED.

Dated: _____
                THE HONORABLE SUSAN ILLSTON
                United States District Judge

62423847 V1